UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHARLIE HERBST, | ) |
| Plaintiff | ) |
| v. | ) CAUSE NO. 3:04-CV-667 RM |
| STATE OF INDIANA, *et al.*, | ) |
| Defendants | ) |

OPINION AND ORDER

Charlie Herbst, a *pro se* prisoner, has filed his fifth motion asking this court to reconsider its order requiring him to pay the filing fee in this case. Mr. Herbst now argues that this case was transferred from a § 1983 civil rights case to a § 2254 habeas corpus case for improper venue. He is incorrect. The order dismissing this case (docket # 11) explained that his civil rights claim for damages was barred until the C.A.B.'s determination of guilt was set aside in a habeas corpus proceeding or otherwise. That order did not transform this case into a habeas corpus case and that ruling was not based on improper venue.

Mr. Herbst filed this case and he owes the filing fee for it. It was dismissed because it did not state a claim for which relief could be granted. Subsequently, Mr. Herbst filed a habeas corpus petition (3:05-cv-149) which was denied and that denial was recently affirmed on appeal.

For the foregoing reasons, the motion (docket # 15) is **DENIED**.

SO ORDERED.

ENTERED: January 31, 2006

   /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court